# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | | |
|---|---|---|
| EDNA P. MONTGOMERY, | * | |
| Claimant, | * | |
| vs. | * | CASE NO.  6:05-CV-45 WLS |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | SOCIAL SECURITY APPEAL |

## RECOMMENDATION

Presently pending before the Court is Claimant's Attorney's Motion for Attorney's Fees pursuant to the Equal Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  As allowed by the EAJA, Petitioner has filed a motion for attorney fees and costs.  Petitioner seeks an award of attorney's fees in the amount of $3,951.19, based upon an hourly rate of $162.89 for 14.60 attorney work hours and $65.00 for 24.20 paralegal work hours.  The Defendant has no objection to Claimant's Motion.  Petitioner has also requested thirty days following notification of the award of past-due benefits to file a request for fees under 42 U.S.C. § 406(b).

WHEREFORE, IT IS HEREBY RECOMMENDED that Petitioner's Motion for Attorney's fees pursuant to 28 U.S.C. § 2412 (d) be GRANTED, and that payment be forwarded to said Attorney in the amount of $3,951.19.  It is further RECOMMENDED that Plaintiff be given thirty days following any award of past-due benefits to file his request for

fees pursuant to 42 U.S.C. § 406(b).

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to the Recommendation with the United States District Judge within ten (10) days after being served a copy.

**SO RECOMMENDED**, this 19th day of December, 2007.

                                              S/ G. MALLON FAIRCLOTH
                                              UNITED STATES MAGISTRATE JUDGE

eSw