IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

EDNA P. MONTGOMERY, :
:
    Plaintiff, :
:
v. : 6:05-CV-45 (WLS)
:
JO ANNE BARNHART, :
Commissioner of Social Security :
:
    Defendant. :
_____:

O R D E R

    Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 24), filed December 19, 2007. It is recommended that Plaintiff be awarded attorney's fees in the amount of $3,951.19. The Magistrate Judge also recommended that Plaintiff be given 30 days following the award of any past-due benefits to file his request for fees. The Government has not filed an objection. Plaintiff has filed a limited objection to the recommendation. (Doc. No. 25).

    Plaintiff's main complaint is that the Magistrate Judge's recommendation as to time for filing Plaintiff's request for fees on the past due benefits is vague and leaves Plaintiff without a firm deadline for filing said request. Plaintiff's objection, though it does not appear that Plaintiff made any argument to the Magistrate Judge, is well taken and is essentially a procedural objection. Accordingly, the Magistrate Judge's recommendation concerning the amount of fees due at this time is due to be adopted. Also, the Magistrate Judge's recommendation as to the time for filing request for fees on any past-due benefits awarded is due to be modified. Accordingly, should it be determined that Plaintiff is entitled to past-due benefits, Plaintiff shall have 14 days to prepare and submit his request for fees pursuant to 42

U.S.C. § 406(b). However, if Plaintiff's counsel has not been served with the amount of past-due benefits within 120 days after the determination of disability, Plaintiff's counsel may notify Defendant's counsel of the fact. Defendant shall have 60 days from service of the notice to file for judgment and Plaintiff shall move for attorney's fees as described above.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 24) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, along with the reasons set out and conclusions reached herein. Accordingly, Plaintiff is awarded attorney's fees in the amount of $3,951.19 and Plaintiff shall have the opportunity to move for fees on past due benefits within the deadlines as set out above.

SO ORDERED, this  5th  day of May, 2008.

                                         /s/W. Louis Sands
                                         **W. Louis Sands, Judge**
                                         **United States District Court**